**Order entered November 28, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00969-CV

**CURTIS DAVIS, Appellant**

**V.**

**STATE FARM LLOYDS, INC., Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-04980-2017**

## ORDER

Before the Court is appellant's November 26, 2018 unopposed motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief filed no later than December 27, 2018.

/s/    DAVID EVANS
         JUSTICE